Attention: Deborah Hackett
Offices of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

August 17, 2006

RECEIVED
2006 AUG 22  A 9: 26
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

Re: Ralph Lingo 28 U.S.C. § 2254

Dear Clerk:

I am corresponding to your offices to request that the Honorable Court please send me 2 copies of the Petition For Writ of Habeas Corpus form in which I submitted to the Honorable Court a few weeks ago, because I didn't keep a copy for myself or a copy for respondent, because I was unable to get copies made at my place of incarceration; i.e., the Montgomery City Jail, and even though I've been made aware of Rule 2(e) and Rule 3(a), where the petition shall be accompanied by 2 conformed copies, as well as the affidavit to request to proceed in forma pauperis having a certificate attached from the warden or other appropriate officer of the institution in which I am confined to subscribe as to the amount of money on deposit on my account in such institution where such certificate may be considered by the Honorable Court in deciding on such application for leave to proceed in forma pauperis, I have been unable to have been given any proof of monies on my account, because the officials would

never answer my request to be given search to the amount of funds on my inmate account, and they flatly refused to make photocopies of the filled in form [of the Petition].

I have also been transferred from the Montgomery City Jail, as of August 10th, 2006, to my present place of incarceration at the Autauga County Metro 136 North Court Street, Prattville, Alabama 36067

I was only sent one form of the Habeas Corpus Petition by the Clerk, and only one form for application for leave to proceed in forma pauperis, therefore I could only mail back to the Court the only copy of each form I had been sent to fill out.

While I have now been informed of the need of affidavit to be filed along with a certificate showing funds on my account required by 28 U.S.C. § 1915 I would pray that the Honorable Court would find that I am in compliance with the requirements to proceed in forma pauperis due to my being without any assets.

If I have not complied or met the requirements of rules 2, and 3 please return the form, and affidavit in accordance to rule 2(e) to me along with either 2 copies (photo) of each or 2 blank forms, along with the originally filed petition and affidavit in support in order to allow me to request statement from my

present place of incarceration for proof of no funds on account, and to allow me to copy the original petition and affidavit, by hand, so I will be in compliance with rule 2 and 3.

I thank you for your valuable time and all considerations given me, and I shall anxiously await your reply.

Respectfully,
Ralph Lingo
Petitioner
136 north Court Street
Prattville, Alabama 36067

RL/jgh

cc: file
U.S. District Court ✓