IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:06-CV-703-MHT |
| | ) | |
| WILLIE R. COLLINS, et. al., | ) | |
| | ) | |
| Respondent. | ) | |

## REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and respectfully request fifteen days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts and therefore, has had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondents pray that this Honorable Court grant its request for fifteen days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

                Respectfully submitted,

                Troy King, ASB #KIN047
                *Attorney General*
                By-

                <u>s/Robin Scales</u>
                Robin Scales (BLE002)
                *Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Ralph Wilson Lingo, AIS# 190083, Draper Correctional Facility, PO Box 1107, Elmore, AL 36025.

                                                Respectfully submitted,

                                                s/Robin Scales (BLE002)
                                                Robin Scales (BLE002)
                                                Office of the Attorney General
                                                Alabama State House
                                                11 South Union
                                                Montgomery, AL  36130-0152
                                                Telephone:  (334) 242-7300
                                                Fax:  (334) 242-2848
                                                E-Mail:  rscales@ago.state.al.us

175109/98595-001

3