IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-703-MHT |
| ) | |
| WILLIE R. COLLINS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to amend filed by the petitioner on September 28, 2006 (Court Doc. No. 12), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that on or before October 17, 2006 the petitioner may file an amendment to his petition for habeas corpus relief.  The petitioner is cautioned that if he fails to file an amendment in compliance with this order this case will proceed only on those claims presented in the original petition.

Done this 2nd day of October, 2006.

          /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE