IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) |
| WILLIE R. COLLINS, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and as the petitioner has been allowed an opportunity to file an amendment to his petition, it is

ORDERED that the petitioner shall file no response to the answer of the respondents until further order of this court. It is further

ORDERED that the motion for extension of time to file reply filed by the petitioner on October 3, 2006 (Court Doc. No. 14) be and is hereby DENIED as moot.

Done this 6th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE