IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) |
| SHERIFF HERBIE JOHNSON, et al., | ) |
| | ) |
|    Respondents. | ) |

**ORDER ON MOTION**

Upon review of the amended petition filed by the petitioner on October 19, 2006 (Court Doc. No. 18), and for good cause, it is

ORDERED that:

1. The most recently filed amended petition (Court Doc. No. 18) be substituted for the previous amended petition filed on October 17, 2006 (Court Doc. No. 16).

2. The October 17, 2006 amended petition (Court Doc. No. 16) be stricken from the docket in this case.

3. This cause of action shall henceforth proceed only on the claims presented in the amended petition filed on October 19, 2006 (Court Doc. No. 18).

4. The respondents shall file an answer addressing the claims presented in the October 19, 2006 amended petition (Court Doc. No. 18) in accordance with the directives of the order entered on October 18, 2006.

The Clerk is DIRECTED to mail a copy of the October 19, 2006 amended petition (Court Doc. No. 18) and this order to the Attorney General of the State of Alabama and cause a copy of the same to be served upon Sheriff Herbie Johnson.

Done this 20th day of October, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE