IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 NOV 20 A 10: 29

JEBRA P. HACKETT,
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-703-MHT |
| | ) |
| SHERIFF HERBIE JOHNSON, et al., | ) |
| | ) |
| Respondents. | ) |

## ACCEPTANCE AND WAIVER

TROY KING, Attorney General of the State of Alabama, acknowledges service of the **Answer of Respondent, Sheriff Herbie Johnson, to Amendment to Original Habeas Corpus Petition** in the above-styled cause pursuant to §6-6-227 *Code of Alabama,* 1975 (Attached). The Attorney General, having filed this Acceptance and Waiver in this action, hereby waives any further service upon him of any pleadings, discovery and other matters filed in this cause and presently waives the right to be heard.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

*/s/ Rosa H. Davis*
ROSA H. DAVIS, DAV043
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of November, 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

J. Robert Faulk, Esquire
McDowell, Faulk & McDowell, L.L.C.
145 West Main Street
Prattville, Alabama  36067

Ralph Wilson Lingo
Autauga County Metro Jail
136 North Court Street
Prattville, Alabama  36067

/s/ Rosa H. Davis
ROSA H. DAVIS, DAV043
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227. Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding. In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard. (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)