IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-CV-703-MHT |
| | ) | |
| SHERIFF HERBIE JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MOTION TO WITHDRAW ACCEPTANCE AND WAIVER

The Attorney General of the State of Alabama moves to withdraw the Acceptance and Waiver filed by this Office on November 16, 2006. The Acceptance and Waiver was inadvertently filed in this matter by the undersigned Assistant Attorney General. The interests of the State of Alabama in this matter are represented by Assistant Attorney General Robin Blevins Scales rather than the undersigned.

Respectfully submitted,

TROY KING, KIN047
ATTORNEY GENERAL

ROSA H. DAVIS, DAV043
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of December, 2006, served a copy of the foregoing by first-class United States Mail, postage prepaid and addressed upon the following:

J. Robert Faulk, Esquire
McDowell, Faulk & McDowell, L.L.C.
145 West Main Street
Prattville, Alabama 36067

Robin D. Scales, Esquire
Assistant Attorney General
Office of the Attorney General
Montgomery, Alabama 36130

/s/ Rosa H. Davis
ROSA H. DAVIS, DAV043
ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130-0152
334-242-7300
334-353-8235 (Fax)

§6-6-227. Persons to be made parties; rights of persons not parties.

All persons shall be made parties, who have, or claim, any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding. In any proceeding which involves the validity of a municipal ordinance, or franchise, such municipality shall be made a party and shall be entitled to be heard; and if the statute, ordinance, or franchise is alleged to be unconstitutional, the Attorney General of the state shall also be served with a copy of the proceeding and be entitled to be heard. (Act 1935, No. 355, p. 777; Code 1940, T.7, § 166.)