To Miss Debra Hackett,
I would like to inform you of my new adress.
Ralph Lingo AIS# 190083
P.O. Box 1107 H1-19A
Elmore, AL. 36025

When I was transferred from the Prattville Co. jail the marshal would not allow me to bring any of my legal papers with me. Could you please send me a complaint form that I may file against the marshal so that I may be able to get all my legal papers from you and any other cases that the state has filed. I am not able to remember any of the case numbers, and do not have the Attorney Generals adress. Anything that you think that might be of help please send it. Your attention to this matter is appreciated. I also don't know what the judge sentenced me too. I was transferred on 3/27/07

Thank you
Ralph Lingo

Ralph Lingo, 4-2-07

Alph Lingo # 190083
P. Box 1107 H1-19A
morg AL. 36025-1107

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

MONTGOMERY AL 361
03 APR 2007 PM 3 L



Claire Chennault
U.S.
Flying Tigers 1940s

This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.