TO: Ms. Susan Walker                         Date, 4-10-2007

Ralph Lingo,
Plantiff,

V

State of Alabama,           Case #1:06-cv-00703-MHT
Defendant,

Dear Ms. Susan

I have got a real bad problem in my case. When the U.S. Marshall came to pick me up from Prattville County Jail in target County Everything concerning my case in all my transcript and everything my court trial for terminated a state witness everything the state has sent me on that case and all legal Mail. The U.S. Marshall told me that I can not take nothing back with me no Legal Mail & also no transcript whatsoever any the letter that the court has gave me I can not take it either and I will fightin so hard to get a evidence hearing in present all the evidence to the court to get the case dismiss or re-trial or get the case sent back to the original court for intrusting the marshall said he did not give a damn that I could sue him, I got a law suit

against me already and If I do not like it you can suit me because I do not give a damn. I told the Marshall I need all of this for my trial. The Marshall told me he does not care, I any show him a letter from the Marshall office that were you could take your legal transcript papers he can do but, he want do it and he said he does not have the time suit me and he do not care.

Dear Judge: The U.S. Marshall had no rights doing this now I can not have a fair trial in your court room I have been fighting so hard crying, praying at night for a fair hearing. My property is still at the jail but, I have no-way to get it. I do not want to suit the Marshall all I want is a fair trial & my property by You Ms. Susan honourful judge I respect you & you are a good person I need your help on this matter. I do not have any of the state address, I do not have my former attourney address the one was on my criminal case. The U.S. Marshall man did me very wrong. I will not argue with him & I did what he told me to do. Ms. Susan anything you can do for me I will appreciate It I got to have this property for I can have a fair trial. Please Write Me Back

Ralph Luis, Pate, 4-10-07

Ralph Lingo AIS 190083
Elmore Correctional Facility
P.O. Box 1107
Elmore, AL 36025-1107

MONTGOMERY AL 361
10 APR 2007 PM 4 T

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, AL 36101-0711