IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) | |
| WILLIE R. COLLINS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the notice filed by the petitioner on April 11, 2007 (Court Doc. No. 29), and in the interest of justice, it is

ORDERED that on or before April 30, 2007 the respondents shall furnish the plaintiff with copies of their November 8, 2006 response (Court Doc. No. 21) and answer (Court Doc. No. 22). The respondents are advised that the petitioner lists his current address as Elmore Correctional Facility, P. O. Box 1107, Elmore, Alabama 36025-1107. The Clerk is hereby DIRECTED to furnish the petitioner with copies of the following court documents: 1, 2, 3, 4, 11, 12, 13, 15, 17, 18, 19, 23 and 25.

Done this 13th day of April, 2007.


        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE