IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 1:06-CV-703-MHT |
| SHERIFF HERBIE JOHNSON, et al., | ) |
| Respondents. | ) |

**NOTICE OF COMPLIANCE WITH COURT'S ORDER**

Comes Respondent, by the Attorney General for the State of Alabama, and, gives notice that, pursuant to this Court's order entered on April 13, 2007, undersigned counsel placed a copy of this notice along with the following documents in the United States mail, addressed to Petitioner at Elmore Correctional Facility, P.O. Box 1107, Elmore, Alabama 36025-1107:

1. Respondent's November 8, 2006, response (Court Doc. No. 21), and

2. Respondent's Answer (Court Doc. No. 22).

> Respectfully submitted,
>
> Troy King, ASB #KIN047
> *Attorney General*
> By-
>
> s/Robin Scales
> Robin Scales (BLE002)
> *Assistant Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2007, I electronically filed the foregoing (excluding Response and Answer) with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: <u>Ralph Wilson Lingo, AIS# 190083, P.O. Box 1107, Elmore, AL  36025-1107</u>.

> s/Robin Scales(BLE002)
> Robin Scales (BLE002)
> Office of the Attorney General
> Alabama State House
> 11 South Union
> Montgomery, AL  36130-0152
> Telephone: (334) 242-7300
> Fax: (334) 242-2848
> E-Mail: rscales@ago.state.al.us

259765/98595-001