Date, 9-21-2007

RECEIVED
2007 AUG 23 A 9: 53
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Please Mrs. Debra Hackett make copies send back to me to my Records I had not got the money to make copies or notify the state. So, I asked for Your help Please : I Do not know that I got the right rule any help You can help me on I really do appreciate it. Thank You very much Mrs. Debra Hackett

Ralph Lingo

Ralph Lingo. A.I.S. 190083
P.O. BOX 1107, 1H1-19A
Elmore AL 36025-1107

Ralph Lingo. # 190083 Bed G1-14A
P.O. BOX 5107
Union Springs. AL 36089