IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH Lingo,
   Petitioner,
VS.
SHERIFF HERBIE JOHNSON,
   Respondents,

CIVIL ACTION NO.
1:06-CV-703

MOTION TO THE COURT: I Ralph Lingo ASK THE COURT TO DISMISS SHERIFF HERBIE JOHNSON FROM WRIT OF HABEEAS CORPUS BY A PERSON IN STATE CUSTODY,

SHERIFF HERBIE JOHNSON,
Autuago County Metro Jail,
136 North Court Street,
Prattville, AL 36067,

CC: Hon. Troy King
Alabama Attorney
General 11 S. Unin street
Montgomery, AL 36130

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Via U.S. Mail, Postage Preaid and Properly addressed on this the ____ day of October, 2007 Upon the Following,

Ralph Lingo Ais#190083, K4-2A: Date 10-22-2007: Time 5:00 A.M
P.O. Box 5107 Union Springs, AL 36089-5107

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 22ND DAY OF OCTOBER, 2007 I SENT A COPY OF THE FOREGOING TO <u>SHERIFF HERBIE JOHNSON</u> BY U.S. MAIL AND PROPERLY ADDRESSED AS FOLLOWS;

CIVIL ACTION NO.
1:06-CV-703

CC:
COPY
SHERIFF HERBIE JOHNSON
Autuoga County Metro Jail
136 North Court Street
Prattville, AL 36067

CC:
Hon. Troy King
Alabama Attorney General
11 S. Union Street Third Floor
Montgomery, AL 36130

CC:
Office of the Clerk
Debra P. Hackett, Clerk
Unied States District Court
P.O. Box 711   Montgomery,
Alabama 36101-0711

Ralph Lingo Ais#190083
K4-2A
Date: 10-22-2007
Time: 5:00 A.M.

Ralph Lingo Ais#190083=K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo, AIS #190083
P.O. Box 5107
Union Springs, AL 36089-5107

K4-2A

MONTGOMERY AL 361
22 OCT 2007 PM 4 T

To: MRS. DEBRA P. HACKETT, CLERK
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711