IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH Lingo,                    CIVIL ACTION No.
    Petitioner,        )         1:06-CV-703
VS,                    )
Warden, John Cummins,  )
    Respondents,       )
                       )

MOTION TO THE COURT: I RALPH Lingo ASK THE COURT TO ADD THE WARDEN, JOHN CUMMINS TO THE WRIT OF HABEAS CORPUS BY THE COURT I AM IN CUSTODY OF WARDEN, JOH CUMMINS AT BULLOCK CORRECTIONAL FACILITY P.O. BOX 5107 UNION SPRINGS, AL 36089

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 22ND DAY OF OCTOBER, 2007 I SENT A COPY OF THE FOREGOING TO <u>Warden, John Cummins</u> BY U.S. MAIL AND PROPERLY ADDRESSED AS FOLLOWS;

CIVIL ACTION No, 1:06-CV-703

CC:
Copys
Warden, John Cummins
Bullock Correctional
Facility  P.O. Box 5107
Union Springs, AL 36089-5107

CC:
Copys
Hon, Troy King
Alabama Attorney General
11S, Union Street, Third Floor
Montgomery, AL 36130

CC:
Copys
Office of the Clerk
Debra P. Hackett, Clerk
Unied States District Court
P.O. Box 711
Montgomery, AL 36101-0711

*Ralph Lingo*
K4-2A
Date, 10-22-2007
Time, 5:00 A.M

Ralph Lingo, Ais# 190083 - K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107