_issued by the_

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTERN DIVISION

SUBPOENA IN A CIVIL CASE,

Ralph Lingo,
    Petitioner,      )
V.                )
Warden, John cummins, )
    Respondents,   )

CIVIL ACTION No,
1:06-CV-703

DEBRA P. HACK
U.S. DISTRICT
MIDDLE DISTR.

Motion for Subpoenas, Rule 45, Federal
Rules of Civil Procedure. (2)(A)(B)
state the name and address.

To: DoThan PoLICE DEPARTMENT
    Property-Evidence Receipt
    210 N St. Andrews St, Dothan AL 36303
    Pecord Division,

To: Alabama state Fire marshal's office
   P.O. Box 303352
Montgomery, AL 36130-3352
Todd Register, and Ronnie Blankenship,
    Record Division

To: DEBRA BLACKSTONE
402 EMMONS DR.
DoThan, AL 36301
For Copys Pecord

To: DoThan Police DERARTMENT
210 NORTH SAINT ANDREWS STREET,
DoThan, ALABAMA 36303, Record Division

To: EAGLE TOWING AND RECOVERY
669 South Foster street
DoThan, AL 36301, Date. 5-7-2003
Record Division

Motion for Subpoenas, Rule 45, Federal
Rules of Civil Procedure, (2)(A)(B)

Ralph Lingo. Ais# 190083 = K4-2A
P.O.BOX 5107
Union SPrings, AL 36089-5107

Ralph Lingo