IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

Upon consideration of the motion for issuance of subpoenas filed by the petitioner on October 30, 2007 (Court Doc. No. 36), and as such action is not necessary to a determination of the issues pending in this habeas action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of October, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE