IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
   Petitioner,         )   CIVIL ACTION
VS,                            )   No: 1:06-CV-703
Warden, John Cummins, )
   Respondents,     )

Motion To The Court: I Ralph Lingo ask the court to set a Eveidentuary hearing

I ask the court to set this for a trial or the hearing as soon as the court can.
I hope that I have the name of the hearing correct.
I ask the court to please send a copy of this motion back to me with a stamped seal from the cleark's office

I ask the court to allow me to take all of my legal work with me in this case

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 5ND DAY OF November 2007 I SENT A COPY OF THE FORE GOING TO WRREN, John CUMMINS and Hon; Troy King Alabama Attorner General 11s, union street Third Floor montgomery, AL 36130 BY, U.S. MAIL AND PROPERLY ADDRESSED AS FOLLOWS: CIVIL ACTION NO: 1:06-CV-703 (November 11-5-2007)

CC: Send copy to, WRRDE, John CUMMINS Bullock correctional Facility, P.O. BOX 5107 Union springs, AL 36089-5707
(Novembe 11-5-2007)

CC: Send copy to, Hon: Troy King, Alabama Attorney General 11s, union street Third Floor montgomery, AL 36130

Ralph Lingo # A is 190083 = K4-2A
Bullock correctional Facility
P.O. Box 5707
Union springs, AL 36089-5707

Date, 11-5-2007, K4-2A, Ralph Lingo