IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALpH Lingo,
  Petitioner,

V.

Worden, John Cummins,
  Respondents,

CIVIL ACTION No. 1:06-CV-703

## Motion To The Court,

Situary evidence hearing,

or

Situary hearing.

*Ralph Lingo*

CERTIFICATE of SERVICE

I HERE BY CERTIFY THAT ON The 17 DAY of DECEMBER, 12-17-2007. I DID SERVE A COPY OF THE FOREGOING by Ralph Lingo, AN The BY U.S. MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS: CIVIL ACTION No. 1:06-CV-703

CC, To   HON TROY King, ALABAMA ATTORNEY GENERAL
         11S. UNION STREET THIRD FLOOR MONTGOMEY, AL
         36030

CC To    Worden, John cummins, Bullock correctional
         Facility P.O. Box 5107, Union Springs, AL 36089-5107

CC, To   THE OFFICE OF THE CLERK,
         UNITED STATES DISTRICT COURT, P.O. Box 711
         MONTGOMERY, AL 36101-0711

CC BY    Ralph Lingo, AIS 190083 Dorm K4-2A
         P.O. Box 5107
         Union Springs, AL 36087-5107

         Ralph Lingo

         Date, 12-17-2007