IN THE DISTRICT COURT of THE UNITED STATES
FOR THE MIDDLE DISTRICT of ALABAMA
SOUTHERN DIVISION

Ralph WILSON Lingo,
   Petitoner.                CIVIL ACTION No. 1:06-CV-703
V.
Worden, John Cummins,
   Respondent,

## MOTION TO The Court

I am asking the court to give me a situary Evidence hearing. I hope that I have the right Name. If I Don't have the right Name will the court please let me know the correct name. I did send a certifacate of service to all parties.

Thank you court.

Ralph Lingo
Date, 12-27-2007

## CERTIFICATE of SERVICE

I hereby certify that on the 27th day of DECEMBER, 2007, I did serve a copy the foregoing on Hon Troy King by U.S. Mail, postage prepaid, and properly addressed as follows:

CIVIL ACTION NO. 1:06-CV-703

CC, Hon. Troy King
Alabama Attorney General
11 S. Union Street
Third Floor
Montgomery, AL 36130

CC, Warden, John Cummins
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

CC  Office of THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA 36101-0711

Ralph Lingo Ais#190063
ADOC BULLOCK
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

x Ralph Lingo                Date, 12-27-2007