IN THE DISTRICT COURT of THE UNITED STATES
FOR THE MIDDLE DISTRICT of ALABAMA
SOUTHERN        DIVISION

RALPH Lingo,
   Petitioner,
V.                             CIVIL ACTION NO, 1:06-CV-703
Willie R. Collins, et al
Civil Action No. 1:06cv703

## Motion To The Clerk

TO: DEBRA P. HACETT, Clerk

I Am Not in the custody of Willie R. Collins or Sheriff Herby Johnston. I have Not been in their custody for a long while. I Did notify the court and Sheriff Johnston and Mr. Collins and I Did send a certificate of service to the Courts and everyone else. And you wrote me back and told me that every thing had been corrected. Anything that I need to

Autauga County Metro Jail
136 North Cort Street
Prattville, AL 36067

Do please notify me and let me know. I am trying to get a evidence hearing. Thank you and Merry Christmas.

Ralph Lingo
Date, 12-27-2007.

## CERTIFICATE of SERVICE

I hereby certify that on the 27th day of DECEMBER, 2007, I did serve a copy the foregoing on Hon Troy King by U.S. Mail, postage prepaid, and properly addressed as follows:

CIVIL ACTION NO. 1:06-cv-703

CC: Hon. Troy King
Alabama Attorney General
11 S. Union Street
Third Floor
Montgomery, AL 36130

CC: Warden, John Cummins
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

CC: Office of THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711

Ralph Lingo Ais#190083
ADOC BULLOCK
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

x /s/ Ralph Lingo     Date 12-27-2007

Ralph Lingo AIS# AIS #190083-114-2A
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
27 DEC 2007 PM 4 L



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711