IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO,  )  <br> ) <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> STATE OF ALABAMA, et al.,  ) <br> ) <br> Respondents.  ) | CIVIL ACTION NO. 1:06-CV-703-MHT |

**ORDER ON MOTION**

Upon review of the motion to the court filed by the petitioner on December 28, 2007 (Court Doc. No. 44), in which the petitioner seeks "a situary evidence hearing", and as such action is not warranted at this stage of the proceedings, it is

ORDERED that this motion be and is hereby DENIED.

Done this 8th day of January, 2008.

　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE