UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

TO: DEBRA P. HACKETT, CLERK

Date. 1-9-2008

Ralph Lingo V. Warden, John Cummins,
Civil Action No, 1:06-CV-703

Mrs. Hackett,

Has the court gotten is straight that I am in the custody of Warden Cummings. I did send a certificate of service to the Attorney Generals office to Troy King, and I did notify everyone that I was in the care of Bullock C.C. Facilty (Warden Cummings). I did file for a situary ~~cour~~ hearing But the court has not sent me a notice on it. Please write me back with the details. This is a letter, It is not a motion.

Ralph Lingo Ais# 190083 = K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

*Ralph Lingo*

Ralph Lingo Ais# 190083 K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
09 JAN 2008 PM 1 L



To: DEBRA P. HACKETT, CLERK
OFFICE OF THE CLERK POST
OFFICE BOX 711
MONTGOMERY, AL 36101-0711

Legal Mail

36101+0711