IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
    Petitioner,

V.

Sheriff, James W. Johnson,
    Respondent,

CIVIL ACTION No. 1:06-CV-703

MOTION to The Court I'm asking
The Court to Dismess Sheriff
James W. Johnson From The case
I am not in the Custdoly of the sheriff
James W. Johnson,

CC, Hon. Troy King
CC. Sheriff James W. Johnson
CC Office of The CEERK UNITED STATES DISTRICT COURT

PETITION UNDER 28 USC §2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Ralph Lingo
Date, 1-17-2008

(Pages 1-2)

## CERTIFICATE of SERVICE

I hereby certify that on the 17th day of January 2008, I did serve a copy of the foregoing on Alabama Attorney General Hon. Troy King by U.S. Mail postage prepaid, and properly addressed as follows:

CIVIL ACTION No. 1:06-CV-703

CC. Hon. Troy King,
Alabama Attorney General
11 S. Union Street   Third Flood   Montgomery, AL, 36130

CC. Sheriff, James W. Johnson
162 W. 4th, 36067   (Prattville, 334-365-3211)

CC. OFFICE OF The CLERK,
UNITED STATES DISTRICT COURT
P.O. BOX 711
Montgomery, AL 36101-0711

Ralph Wilson Lingo AIS# 190083-K4-2A
A Doc Bullock
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo   Date: 1-17-2008

(Pages-2)