IN THE DISTRICT COURT of THE UNITED STATES
FOR THE MIDDLE DISTRICT of ALABAMA
SOUTHERN DIVISION

2008 JAN 18 A 9:27

Ralph Lingo,                    CIVIL ACTION No. 1:06-CV-703
    Petitioner,

VS.

Warden, KENNETH JONES

    Respondent,

A motion to The court" asking The court to add Warden, KENNET Jones to The case I am and The custody Warden, KENNET Johns at A DOC Bullock Bullock Correctional Facitity P.O. Box 5107 Union Springs, AL 36089-5107

PETITION UNDER 28 U.S.C § 2254 FOR WRIT of HABEAS CORPUS BY A PERSON IN STATE CUSTODY

(pages 1 and 2)                    Ralph Lingo
                                    Date 1-17-2008

## CERTIFICATE of SERVICE

I hereby certify that on the __17__ th day of __January__ 2008, I did serve a copy of the foregoing on Alabama Attorney General Hon. Troy King by U.S. Mail, Postage Prepaid, and properly addressed as follows:

### CIVIL ACTION No 1:06-CV-703

cc. Hon. Troy King
Alabama Attorney General
11 S. Union Street, Third Floor   Montgomery, AL 36130

cc  Warden, KENNETH JONES,
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

cc  Office of The CLERK.
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711


Ralph Lingo Ais# 190083 = K4-2A
ADoc Bullock
Bullock Correctional Facility
Union Springs, AL 36089- 5107


_Ralph Lingo_                 Date, 1-17-2008

(Page #2)

Ralph Linge Ais #190083-K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
17 JAN 2008 PM 4 T



OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711