IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Lingo,
   Petitioner,
V.                 CIVIL ACTION No, 1:06-CV-703

Warden, KENNET JONES.
   Respondent,

2008 JAN 18 A 9 27

A Motion To The court I'm asking The court Four "A Situary evidence hearing to set A court Date please,

PETITION UNDER 28 U.S.C § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Ralph Lingo
Date, 1-17-2008

(Pages 1 and 2)

CERTIFICATE of SERVICE

I hereby certify that on the 17th day of January 2008, I did serve a copy of the foregoing on Alabama Attorney General Hon. Troy King by U.S. Mail, Postage Prepaid, and properly addressed as follows:

CIVIL ACTION NO. 1:06-CV-703

CC, Hon. Troy King
Alabama Attorney General
11 S. Union Street
Third Floor     Montgomery, AL 36130

CC. Warden, KENNETH JONES.
Bullock correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

CC  Office of the CLERK,
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711

Ralph Wilson Lingo Ais# 190083-K4-2A
A Doc Bullock
Bullock correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Ralph Lingo      Date, 1-17-2008,

(pages. 2)