IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, )<br>)<br>PETITIONER, )<br>)<br>VS. )<br>)<br>STATE OF ALABAMA, et al., )<br>)<br>RESPONDENTS. ) | CIVIL ACTION NO.<br>1:06-CV-703-MHT |

**CONFLICT DISCLOSURE STATEMENT**

Come now the Respondents in the above-styled cause, Troy King and the State of Alabama, through the undersigned attorney, pursuant to this District's General Order No. 3047, and make the following statement concerning potential conflicts of interest:

Troy King and the State of Alabama, parties named to the above-captioned case, as required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official capacities. These parties do not possess any known affiliations that would create a "professional or financial conflict for a judge" on this Court.

Respectfully submitted

Troy King
*Attorney General*


s/Robin D. Scales
Robin D. Scales(BLE002)
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2008, I filed the foregoing with the Clerk of the Court and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Ralph Wilson Lingo, AIS# 190083, PO Box 5107, Union Springs, AL  36089-5107</u>.

            Respectfully submitted,

            /s/Robin D. Scales (BLE002)
            Robin D. Scales (BLE002)
            Office of the Attorney General
            Alabama State House
            11 South Union
            Montgomery, AL  36130-0152
            Telephone:  (334)  242-7300
            Fax:  (334)  242-2848
            E-Mail:  rscales@ago.state.al.us

370656/98595-001