IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to dismiss Sheriff James W. Johnson as a respondent filed by the petitioner on January 18, 2008 (Court Doc. No. 50), and as this individual is not presently a respondent in this cause of action, it is

ORDERED that this motion be and is hereby DENIED.

Done this 22nd day of January, 2008.


    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE