# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| RALPH Lingo, PETITIONER, <br> VS, <br> Warden, Kenneth Jones, Respondents. | CIVIL ACTION NO. <br> 1:06-CV-703 |

2008 JAN 28 A 9:11

A Motion to the court. The court is not intended to give me a fair Evidence hearing. The court is intending to Keep me in prison without a Evidence hearing. The court intended for the U.S. Marshels to take all my legal Documents, Including my transcripts and legal mail. The courts Knows that there is not an arrest warrent in my case. The court Knows that I was never legally summoned, Debra Blackstone had never been legally summoned in this case. The court Knows that I was arrested in another county by a city officer from a different county. The case law in this case was ignored. The case law in this case is Moore vs Crocker 852 So. 2d 89 and the other case law is Billy wallace v. City

(1 and 4) (Pages)

of Dothan 497 SO. 2d 96. The Court knows title 15-10-10 title in Code 1975 and title 15-10-1. Alabama rules of court 3.3 was broken. Rule 1.4(p) was broken. Return warrent to clerk rule was broken. Jerry Moore Vs Clyde Crocker case number 852 So. 2d 89 also Alabama title code 1975; 15-10-70 and 15-10-72 were broken. Title 6-5-338 Alabama code 1975 was also broken. Case los Smith V. State 727 So. 2d 147 was broken.

(Chain of Custody)
Proper Chain of Custody
Title 13A-10-10 and title 13A-10-11 were both broken. Plus I was arrested on 5-07-2003 at 1:15PM in Henry County, Fifteen miles outside of the City of Dothan and Houston counties jurisdiction. I was taken by Dothan City police to the Dothan City Jail of Houston County. I was kept in the Dothan City Jail for five days and then transferred to the Houston County Jail where I stayed with no court appearance for about four months. There was never an arrest warrant turned into the Court Clerks office. There was no warrant shown to me during my arrest

②

I also want the court to know that my truck was taken during this arrest in Henry County. Ten thousand dollars worth of tools were taken. The city of Dothan had broken the law in Grande theft Auto and theft of property. They cannot arrest a man in one county without taking him to the nearest jail of that county. There would need to be a tranfer order from one sheriff to another and approved by a Judge. I had asked the court for a Situary Evidence hearing at least twenty-five times, if not more. This is Judge Cooley's fault. Judge Cooley is intending to keep me in prison. He is doing it out of spite. There is no reason that this case should not go to trial. I cannot have a fair trial in Montgomery County. The judges are being dishonest. If this request for an Evidence hearing is turned down, I will have no choice but to write the higher courts, the newspapers, the News. I ask you Judge Cooley to give me an Evidence hearing. I have been locked up five years for this misdemeaner charge. You are doing the same thing in this case (Pages 3) as you did in the civil case with Tony Luker. You are trying to do evil to me. All I ask you is to set me a court date. That is all I want is to go to trial. Give me a hearing. Thank you Court. (Pages 3) I will send certificate of service and copies to Everyone involved, Ralph Liip 1-23-2008,

CERTIFICATE OF SERVICE

I hereby certify that on the 23th day of January 2008, I did serve a copy of the Foregoin on ___ by U.S. Mail, Postage Prepaid, and Properly addressed as follows:

CIVIL ACTION NO, 1:06-CV-703

CC, Hon, Troy King. Alabama Attorney General
11 S. Union street Third Floor
Montgomery, AL 36130-0152

CC Warden Kenneth Jones,
ADOC Bullock Bullock correctional Facility
P.O. Box 5107  Union Springs, AL 36089-5107

CC, Office of THE CLERK, UNITED STATES DISTRICT COURT; P.O. Box 711 Montgomery, AL 36101-0711

CC, Ralph Lingo Ais 190083
ADOC BULLOCK Bullock correctional Facility
P.O. Box 5107  Union springs, 36089-5107

Ralph Lingo          Date, 1-23-2008,

(4)