IN THE DISTRICT COURT FO THE UNITED STATES
FOR THE MIDDLE DISTRICT of ALABAMA
SOUTHERN      DIVISION

Ralph W Lingo,                    )
    Petitioner,                   ) CIVIL ACTION No, 1:06-CV- 703
V.                                )
Warden Kenneth                    )
Jones,                            )
    Respondents,                  )
                                  )

    A motion to the courts, to make
a ruling in the case 13A-10-123,
Intimidating a state witness.

    I will explain with the following reasons
why this case should be immediately
dismissed.

1.) There is no arrest warrant on 13A-10-123,
Intimidating a state witness. The Houston
County Circuit Clerk Charla Woodall did
not have one on record or file

2.) There is no record showing Debra Blackstone
had been legally summoned.

3.) There is no record showing where

①

Debra Blackstone is a state witness for anything. There is no recorded records, nor legal summons from the dates of 4/14/03 - 5/14/03. Alabama criminal code 1975, paragraph three, says that for this case to be a felony, he or she must be legally summoned. It will also tell you this on Alabama criminal code 13A-10-123, it states the same thing that he or she must be legally summoned. I have filed this several times into the court, Judge Cooley continues to deny me a hearing. Judge Cooley is holding personal feelings against me for favoritism, because he is doing a favor for a judge in Houston County, a judge named ("Larry Anderson") had a sexual affair with Debra Blackstone, her name was Debra Tyce when this occured. This is wrong for a judge to keep me in prison for personal reasons. I ask the courts to bring me in front of the judge immediately, for a hearing in this matter for evidence. No longer than fifteen days, and to bring my legal copies with me. Please reply back in copt.

Ralph Ey

CERTIFICATE OF SERVICE

I here by certify that on the ___5___ th day of _____
___S-S-2008___ 2008, I did serve a copy of the
Foregoin on by. u.s, Mail Postoage Prepaid, and
Proyely addressed as Follows;

CCi Hon, Troy King, Alabama Attorney General 115. Union
  street, Third Floor, montgomery, AL 36130 -0152
CCi Warden, Kenneth Jones, Bullock Correctional Facility
  P.o. Box 5107, Union Springs, AL 36089-5107,
CCi OFFICE OF The CLERK, UNITED STATES DiSTRiCT COURt.
  P.o. Box 711 MONTGomery, AL 36101-0711,

Ralph Lingo # Ais 190083, K4 - 2A
Bullock correctional Facility
   P.o. Box 5107
   Union Springs, AL 36089 - 5107

Ralph Lingo Date, 5-5-2008

Ralph Lingo #AIS#190083=K4-2A
P.O. Box 5107
Union Springs, AL 36089-5107



OFFICE OF THE CLERK,
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGomery, AL 36101-0711

36101+0711