OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 MAY 28 A 10: 42

Ralph Lingo,
Petitioner,

V.

Warden, Kenneth Jones,
Respondents.

CIVIL ACTION NO. 1:06-CV-703
28 U.S.C. 2254

A motion to the court, Please make A
ruling in this case, Thank You

Ralph Lingo

CERTIFICATE OF SERVICE

I hereby certify that on the 26 th day of 5-26-2008 I did serve a copy of the Forego in on by. U.S. Mail Postoage Prepaid, and Proyely addressed as follows;
(CIVIL ACTION No, 1:06-CV-703)(28,U,S,C,2254)(COURt Dot No 00)

CC: Hon, Troy King, Alabama Attorney General 115, Union street Third Floor Montgomery, AL 36130-0152

CC: Warden, Kenneth Jones, Bullock correctional Facility P.O. Box 5107 Union Springs, AL 36089-5107

CC: Office of THE CLERK, UNITED STATES DISTRICT COURt P.O. Box 711 Montgomery, AL 36101-0711


Ralph Wilson Lingo A.i.s 190083 = K4-2A
ADoc Bullock
Bullock correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107


Ralph Lingo     Date, 5-26-2008