IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:06-CV-703-MHT |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
|     Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for immediate ruling filed by the petitioner on May 28, 2008 (Court Doc. No. 62), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

The petitioner is advised that this case is pending on his amended petition for habeas corpus relief, the respondents' answer thereto and his response to this answer. The petitioner is further advised that *no additional pleadings are necessary for disposition of the issues presented in the petition* and he will be immediately advised of any action taken by the court in this case. While the court is mindful that the amended petition has been pending before this court since October 19, 2006 and the requisite pleadings filed by the parties as of November 30, 2006, the court's caseload of actions pending under 28 U.S.C. § 2254 makes it extremely difficult to expedite resolution of this or any other cause of action, particularly since the court has adopted a policy of disposing of cases on the basis of length of pendency. The court assures the petitioner that a determination of the issues

presented in this case will be undertaken in due course.

    Done this 28th day of May, 2008.


                              /s/ Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE