IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-703-MHT |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on June 27, 2008 (Court Doc. No. 64), which the court construes to contain a motion for dismissal of his state criminal conviction for intimidating a witness, and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 30th day of June, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE