IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2008 SEP -2 A 10: 56

RALPH WILSON Lingo,                    ) CIVIL ACTION No. 1:06cV703
    Petitioner,
    V.                                 ) (Doc. No. 1, p. 15.)
STATE OF ALABAMA,                      ) (Doc. No 18.)
    Respondents,

A Motion To The Clerk of the Court. I Am Asking The Court for Fifteen more days I have been sick and I have been seeing a spyciatrist and I've been sick

I do not have anymore stamps To notify The Attorney Generals office can you help me This will be mailed out on 8-29-08 I will put it in The prisoners mail box at Bullock correctional facility Thank you,

Ralph Lingo, AIS# 190083, E1-1A
ADOC BULLOCK
P.O. BOX 5107
Union Springs, AL 36089-5107

Ralph Lingo
Date. 8-29-2008
4:02 A.M

(Legal Mail)

Ralph Wilson, So. Dist # 190083 E1-1A
Doc. Bullock
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.

UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, Alabama 36101-0711